B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Classic Homes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3794647** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15525 Indian Boundry Rd.**<br>**Plainfield, IL**<br><br>ZIP Code **60544** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 894**<br>**Plainfield, IL**<br><br>ZIP Code **60544** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Classic Homes, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **American Classic Homes, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner 3121489**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road
Suite 330
Wheaton, IL 60187**
Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**April  5, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Leonhardt**
Signature of Authorized Individual

**Richard Leonhardt**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April  5, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **American Classic Homes, Inc.**                   ,     Case No. _____

                               Debtor             Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 50,000.00 | | |
| B - Personal Property | Yes | 3 | 39,707.57 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 335,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 10,590.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 477,116.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 89,707.57 | | |
| Total Liabilities | | | | 822,707.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **American Classic Homes, Inc.**                                    Case No. _____
                                                            ,
                                        Debtor

                                                            Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **American Classic Homes, Inc.** _____ ,    Case No. _____

                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lot 170 Arbor of Plainfield- 23711 Dayfield Ct. Plainfield, Il. and Lot 177 Arbor of Plainfield- 23712 Adams Ct. Plainfield, Il** | **Fee Simple** | - | **50,000.00** | **335,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **50,000.00** | (Total of this page) |
| Total > | **50,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **American Classic Homes, Inc.** , Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account ending in #3097 at First Midwest Bank, 24509 W. Lockport St, Plainfield, Il. 60544 | - | 15.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Performance Bonds with Village of Shorewood | - | 11,000.00 |
| | | Impact Fees paid to Plainfield School District in 2007/08. Houses were never built and the funds are due to be refunded to Debtor. School District unable to refund fees since they used the funds for other purposes and do not have enough available to make the refund. | - | 26,692.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total > 37,707.57
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **American Classic Homes, Inc.**                                     ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible small federal tax refund for 2010 and 2011. Amount unknown.  Any refund would be claimed by IRS for 2009 balance due.** | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet _**1**_ of _**2**_ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **American Classic Homes, Inc.**
_____,        Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible cuase of actin against the Village of Plainfield for improperly requiring Debtor to reconstruct certain retention basins after previously approving design and construction.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **General Office equipment** | - | **2,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **2,000.00**
(Total of this page)

Total >        **39,707.57**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **American Classic Homes, Inc.**                                              ,    Case No. _____

_Debtor_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | | |
| **Inland Bank** **5456 S. LaGrange Road** **La Grange, IL 60525** | | - | **First Mortgage** **Lot 170 Arbor of Plainfield- 23711 Dayfield Ct. Plainfield, Il. and Lot 177 Arbor of Plainfield 23712 Adams Ct., Plainfield, Il.** | | | | | |
| | | | Value $                 50,000.00 | | | | **335,000.00** | **285,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__  continuation sheets attached | Subtotal (Total of this page) | **335,000.00** | **285,000.00** |
| | Total (Report on Summary of Schedules) | **335,000.00** | **285,000.00** |

B6E (Official Form 6E) (4/10)

In re  **American Classic Homes, Inc.**                                              ,    Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **American Classic Homes, Inc.**                              ,    Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx1565**<br><br>**IL Dept. of Employment Security**<br>**P.O. Box 3637**<br>**Springfield, IL 62708-3637** | - | | 1st Qtr- 2010<br><br>Taxes | | X | X | 108.48 | **Unknown**<br><br>Unknown |
| Account No. **xx-xxxx6467**<br><br>**Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** | X | - | Tax Year 2009<br><br>Taxes- Payroll | | X | X | 2,510.70 | **0.00**<br><br>2,510.70 |
| Account No. **xx-xxx4647**<br><br>**Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** | X | - | tax Year 2009<br><br>Taxes- Corporate | | X | X | 7,971.00 | **0.00**<br><br>7,971.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | | 10,590.18 | 10,481.70 |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | 10,590.18 | 10,481.70 |

B6F (Official Form 6F) (12/07)

In re     **American Classic Homes, Inc.**                                              ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **20/20 Technologies** <br> **400 Armand-Frappier Boulevard** <br> **Laval, (Quebec) H7V 4B4** <br> **Canada** | - | | **2008** <br> **Trade Debt** | | | | 504.00 |
| Account No. <br><br> **84 Lumber** <br> **1704 N Aurora Rd** <br> **Naperville, IL 60563** | | | **2009-2010** <br> **Trade Debt** | | | | 5,500.00 |
| Account No. <br><br> **Accurate Plumbing** <br> **6225 West Belmont** <br> **Chicago, IL 60634** | - | | **2008** <br> **Trade Debt** | | | | 9,075.00 |
| Account No. <br><br> **Allied Waste** <br> **1565 Aurora Ave** <br> **Aurora, IL 60505** | - | | **2010** <br> **Trade Debt** | | | | 4,340.50 |
| __12__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 19,419.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Classic Homes, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Chartered Bank**<br>**1199 E.Higgins Rd.**<br>**Schaumburg, IL 60173** | - | | **2009-2010**<br>**Business Loan** | | | | **Unknown** |
| Account No. **xxxxxx61-01** <br><br>**American Family Insurance**<br>**6019 W Cermak Rd**<br>**Cicero, IL 60804** | - | | **2007-2008 audits & 2010 policy**<br>**Trade Debt** | | | | **24,899.00** |
| Account No. <br><br>**American Heritage Siding**<br>**2n020 Francis Road**<br>**Maple Park, IL 60151** | - | | **2008**<br>**Trade Debt** | | | | **18,000.00** |
| Account No. **6628** <br><br>**Armstrong Cabinets**<br>**5465 Legacy Drive, Suite 600**<br>**Plano, TX 75024** | - | | **2010**<br>**Trade Debt** | | | | **699.00** |
| Account No. <br><br>**Bolingbrook Glass & Mirror**<br>**470 W Frontage Road**<br>**Bolingbrook, IL** | - | | **2007**<br>**Trade Debt** | | | | **4,699.24** |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **48,297.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Classic Homes, Inc.**                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **BTM Concrete 109 Conover Ct. North Yorkville, IL 60560-1020** | - | | 2007-2008 **Trade Debt** | | | | 40,000.00 |
| Account No.  **Cardinal Land Surveying 1625 Whispering Oak Drive Plainfield, IL 60586** | - | | 2007 **Trade Debt** | | | | 425.00 |
| Account No.  **Citi Cards - Office Depot Processing Center Des Moines, IA 50363-0001** | | | 2008 **Trade Debt** | | | | 1,252.11 |
| Account No.  **Claasen, White & Associates PC 121 Airport Dr # I Joliet, IL 60431** | - | | 2008-2009 **Trade Debt** | | | | 1,100.00 |
| Account No.  **ComEd Bankruptcy Department 2100 Swift Drive Oak Brook, IL 60523** | - | | **Trade Debt (Utility)** | | | | Unknown |

Sheet no. __2__ of __12__ sheets attached to Schedule of               Subtotal               | 42,777.11 |
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Classic Homes, Inc.**                                    ,      Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Conover Concrete**<br>**109 Conover Ct. No.**<br>**Yorkville, IL** | - | | **2009**<br>**Trade Debt** | | | | 7,500.00 |
| Account No.<br><br>**D&H Granite**<br>**1520 West Pershing Road**<br>**Chicago, IL 60609-2408** | - | | **2007-2008**<br>**Trade Debt** | | | | 17,472.70 |
| Account No.<br><br>**Designed Stairs**<br>**1251 E. Sixth St.**<br>**Sandwich, IL 60548-1947** | - | | **2007**<br>**Trade Debt** | | | | 375.48 |
| Account No.<br><br>**DMD Plumbing**<br>**601 Sidwell Ct. Unit #D**<br>**P.O. Box 971**<br>**Saint Charles, IL 60174-3415** | - | | **2010**<br>**Trade debt** | | | | **Unknown** |
| Account No.<br><br>**Drop Zone**<br>**PO Box 964**<br>**Frankfort, IL 60423** | - | | **2005-2010**<br>**Trade Debt** | | | | 3,025.20 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    28,373.38

B6F (Official Form 6F) (12/07) - Cont.

In re __American Classic Homes, Inc._____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Faletto Wood Floors 325 Airport Dr. Joliet, IL 60431 | - | | | | | | | 5,946.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Gary Galassi Stone & Steel 44 Devonwood Avenue Romeoville, IL 60446-1349 | - | | | | | X | X | 4,000.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Gary Spielman Plumbing 1601 Atlantic Dr, Suite 101 West Chicago, IL 60185 | - | | | | | | | 725.00 |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| GCT Construction 1061 Sullivan Road Aurora, IL 60506-1070 | - | | | | | | | 29,300.00 |
| Account No. | | | | 2008 Trade Debt | | | | |
| GDK Builder Services, Inc 1547 Bourbon Parkway Streamwood, IL 60107 | - | | | | | | | 436.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,407.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Classic Homes, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Horizon Heating & Cooling** <br> **999 Thornton St** <br> **Lockport, IL 60441** | - | | **2008** <br> **Trade Debt** | | | | **11,027.50** |
| Account No. <br><br> **Inland Bank** <br> **305 W. St. Charles Rd** <br> **Villa Park, IL 60181** | - | | **2009** <br> **Deficiancy on Deed in Lieu of Foreclosure for property at 16552 Arbor Ct. Plainfield, Il.** | | | X | **Unknown** |
| Account No. <br><br> **J&D Door Sales, Inc.** <br> **200 E Second St** <br> **PO Box 245** <br> **Big Rock, IL 60511** | - | | **2007-2008** <br> **Trade Debt** | | | | **7,715.00** |
| Account No. <br><br> **Labor Ready** <br> **1924 Plainfield Rd** <br> **Crest Hill, IL 60403** | - | | **2008** <br> **Trade Debt** | | | | **450.00** |
| Account No. <br><br> **Little Pig Enterprises** <br> **1317 Clifton Drive** <br> **Minooka, IL 60447** | - | | **Trade Debt** | | | | **250.00** |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,442.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Classic Homes, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2008 Trade Debt | | | | |
| Louis K Walter & Assoc 215 Industrial Lane Wheeling, IL 60090-6313 | - | | | | | | | 350.00 |
| Account No. | | | | 2010 Trade Debt | | | | |
| Mark of Excellence 504 Palomimo Dr Plano, IL 60545-2118 | - | | | | | | | **Unknown** |
| Account No. | | | | March 2011 NIHBA Arbitration award | | | X | |
| Mr. and Mrs. Schaefer 21331 Prairie Landing Shorewood, IL 60404 | | | | | | | | 11,660.67 |
| Account No. **xx-xx-xx-8830** | | | | 2010 Trade Debt (Utility) | | | | |
| Nicor PO Box 3014 Naperville, IL 60566-3014 | - | | | | | | | 36.77 |
| Account No. | | | | 2008 Trade Debt | | | | |
| Nino's Landscaping 415 Miami Street Joliet, IL 60432-2708 | - | | | | | | | 6,750.25 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,797.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Classic Homes, Inc.**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Northwest Insulation 1615 Dundee Ave # I Elgin, IL 60120** | - | | | | | | | **Unknown** |
| Account No. | | | | 2007-2008 Trade Debt | | | | |
| **OnProject P.O. Box 104 Franklin Lakes, NJ 07417** | - | | | | | | | **468.00** |
| Account No. | | | | Trade Debt | | | | |
| **Pekin Insurance 2505 Court St Pekin, IL 61558-0001** | - | | | | | | | **Unknown** |
| Account No. | | | | 2010 Trade Debt | | | | |
| **Pennsylvania Properties, Inc. P.O. Box 894 Plainfield, IL 60544** | - | | | | | | | **18,032.41** |
| Account No. | | | | Trade Debt | | | | |
| **Plainfield Police Department 14300 S Coil Plus Drive Plainfield, IL 60544** | - | | | | | | | **1,157.16** |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **19,657.57**

B6F (Official Form 6F) (12/07) - Cont.

In re   **American Classic Homes, Inc.**                                    ,        Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | |
| Prestige Plumbing 11 John St. North Aurora, IL 60542 | - | | Trade Debt | | | | 10,571.75 |
| Account No. | | | 2008 | | | | |
| Priority Staffing 117 Republic Avenue Joliet, IL 60435 | - | | Trade Debt (temp staffing) | | | | 1,213.99 |
| Account No. | | | | | | | |
| Rathje & Woodward 300 E Roosevelt Rd # 300 Wheaton, IL 60187-1908 | - | | Trade Debt (attorney fees) | | | | 17,464.00 |
| Account No. | | | 2007-2008 | | | | |
| Residential Design 21002 Kenmare Drive Shorewood, IL 60404-6098 | - | | Trade Debt | | | | 29,245.00 |
| Account No. | | | 2005-2011 | | | | |
| Richard K Johnson & Assoc 1 S 443 Summit, Suite 302 Oakbrook Terrace, IL 60181 | - | | Trade Debt | | | | 30,000.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **88,494.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Classic Homes, Inc.**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rick Leonhardt<br>3410 Heritage Oaks Ct.<br>Oak Brook, IL 60523** | - | | **2007-2010<br>Shareholder Loan to Debtor** | | | | 31,725.18 |
| Account No.<br><br>**Sears<br>PO Box 183082<br>Columbus, OH 43218** | - | | **2008<br>Trade Debt** | | | | 5,910.21 |
| Account No.<br><br>**Sleeth Electric<br>48W 605 Hinkley Rd.<br>Big Rock, IL 60511** | - | | **Trade Debt** | | | | 30,456.00 |
| Account No.<br><br>**Sprint<br>PO Box 6419<br>Carol Stream, IL 60197** | - | | **2007<br>Trade Debt** | | | | 2,439.12 |
| Account No.<br><br>**Suburban Chicago Newspaper<br>P.O. Box 1005<br>Tinley Park, IL 60477-9105** | - | | **2008<br>Trade Debt (advertising)** | | | | Unknown |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,530.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Classic Homes, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2007 Trade Debt (advertising) | | | | |
| The Enterprise 23856 Andrew Rd. Plainfield, IL 60585 | | | | | | | | 648.78 |
| Account No. | | - | | 2007-2008 Trade Debt | | | | |
| Tom's Construction 234 W Ann Lombard, IL 60148 | | | | | | | | 7,768.43 |
| Account No. | | - | | 2007 Trade Debt | | | | |
| Tri-County Waterproofing 920 Merrill New Rd. Sugar Grove, IL 60554-9208 | | | | | | | | 300.00 |
| Account No. | | - | | 2009 Business Loan | | | | |
| U.S. Bank F/K/A Park National Bank 136 S. Washington St. Naperville, IL 60540 | | | | | | | | Unknown |
| Account No. | | - | | 2010 Trade Debt (cell phone) | | | | |
| Verizon Wireless 1515 Woodfield Road Suite 1400 Schaumburg, IL 60173 | | | | | | | | 1,000.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,717.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Classic Homes, Inc.**                                    ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **Village of Plainfield** **24000 W Lockport St** **Plainfield, IL 60544** | - | | | | | | | | **18,030.00** |
| Account No. | | | | | 2008-2009 Trade Debt | | | | |
| **VLA Masonry** **820 Pine Needle Lane** **Joliet, IL 60432** | - | | | | | | | | **10,400.00** |
| Account No. | | | | | 2010 Trade Debt | | | | |
| **Waste Management** **2100 Moen Av.** **Rockdale, IL 60436** | | | | | | | | | **Unknown** |
| Account No. | | | | | 2010 Trade Debt | | | | |
| **Waste Management** **1411 Opus Place, Ste. 400** **Downers Grove, IL 60515** | - | | | | | | | | **Unknown** |
| Account No. | | | | | 2008 Trade Debt | | | | |
| **Werden Buck Co** **55 East Webster** **Joliet, IL 60434** | - | | | | | | | | **10,670.81** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **39,100.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Classic Homes, Inc.** ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**William Lalagos**<br>**2150 Norris**<br>**West Chicago, IL 60185** | - | | | **2007-2010**<br>**Shareholder Loan to Debtor** | | | | 31,725.18 |
| Account No.<br><br>**Wilson Wholesale**<br>**1736 N Aurora Rd**<br>**Naperville, IL 60563** | - | | | **Trade Debt** | | | | 376.39 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 32,101.57 |
| | Total<br>(Report on Summary of Schedules) | 477,116.83 |

B6G (Official Form 6G) (12/07)

.

In re    **American Classic Homes, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **American Classic Homes, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rick Leonhardt**<br>**3410 Heritage Oaks Ct.**<br>**Oak Brook, IL 60523** | **Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** |
| **Rick Leonhardt**<br>**3410 Heritage Lakes Ct.**<br>**Oak Brook, IL 60523** | **Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** |
| **William Lalagos**<br>**2150 Norris St.**<br>**West Chicago, IL 60185** | **Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** |
| **William Lalagos**<br>**2150 Norris St.**<br>**West Chicago, IL 60185** | **Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **American Classic Homes, Inc.**       Case No. _____

                        Debtor(s)       Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 5, 2011**            Signature   **/s/ Richard Leonhardt**
                                            **Richard Leonhardt**
                                            **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  __American Classic Homes, Inc.__                                    Case No. _____

                                      Debtor(s)                    Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$285,000.00** | **2011 YTD: Debtor Gross receipts before COGS** |
| **$1,374,900.00** | **2010: Debtor Gross receipts before COGS** |
| **$1,004,919.00** | **2009: Debtor Gross receipts before COGS** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Check Register attached as Addendum No payments in last 90 days other than $15/mo bank** | | **$0.00** | **$0.00** |

**None**
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Chartered Bank v. Debtor Will County- 09 CH 4927 Cook County - 09 L 51219** | **Foreclosure Collection** | **Circuit Court Will County Circuit Court of Cook County** | **Judgment entered Judgment entered** |
| **Inland Bank v. Debtor Case #10 Ch 5565** | **Foreclosure** | **Circuit Court of Will County** | **Pending** |
| **Northwest Insulation v. Debtor  Case # 10 SC 13031** | **Collection** | **Circuit Court of Will County** | **Pending** |
| **Allied Citiwaste V. Debtor  10 SC 1726** | **Collection** | **Circuit Court of Will County** | **Judgment entered** |
| **Valenti v. Debtor  Will County Case #09 L 445** | **Collection** | **Circuit Court of Will County** | **Pending** |
| **Valenti v. Debtor** | **Arbitration** | **Northern Illinois Home Builders Assoc. 3695 Darlene Ct.  Suite #102 Aurora, Il. 60504** | **Pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Schaefer v. Debtor  Will County Case #09 SC 12010** | **Collection** | **Circuit Court of Will County** | **Pending** |
| **DMD v. Debtor- 2010 SC 001472** | **Collection** | **Circuit Court of Kane County** | **Settled** |
| **84 Lumber v. Debtor** | | | |
| **Mark of Excellence v. Debtor  Kendall County Case #2008 LM 428** | **Collection** | **Circuit Court of Kendall County** | **Pending** |
| **Gary Galassi v. Debtor  Will County Case #09 AR 001312** | **Collection** | **Circuit Court of Will County** | **Pending** |
| **Accurate Plumbing v. Debtor   Will County Case #10 SC 11985** | **Collection Mechanic Lien** | **Circuit Court of Will County on both** | **Both Pending** |
| **Will County Case** | | | |
| **#10 CH 7214** | | | |
| **Parenti/All State v. Debtor  Will County Case #09 L 118** | **Collection** | **Circuit Court of Will County** | **Pending** |
| **Schaefer v. Debtor** | **Breach of contract** | **NIHBA arbitration** | **Award entered against Debtor for $11,660.67** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | **8/2010** | **Freeze of bank account- later released.  $1800** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer Brown Covey Gaertner & Dav**<br>**400 S. County Farm Rd.**<br>**Suite #330**<br>**Wheaton, IL 60187** | **3/11/11-  Leonhardt Lalagos LLC.** | **$4,800** |
| **Hamilton & Antonsen**<br>**1256 W. Jefferson St.**<br>**Suite #205**<br>**Joliet, IL 60435-6889** | **Rick Leonhardt and William Lalagos-Various dates** | **$3,017.21** |
| **Leonard Gerstein LTD**<br>**95 Revere Dr.**<br>**Northbrook, IL 60062-1585** | **2010-** | **$1,750.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ken Esche**<br>**Unknown**<br>    **Prior Employee** | **8/2010** | **Mr. Esche took over payments on a 2006 Ford F-250. Vehicle was worth no more than the amount still owed on the vehicle.** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Unrelated 3rd Party** | **8/2010** | **1992 Dump Truck- $2000** |
| **Unknown** | | |
| **No relationship to Debtor** | | |

None
■     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JP Morgan Chase Bank NA**<br>**120 S. LaSalle St.**<br>**Chicago, IL 60603** | | **July 2010- zero balance** |
| **American Chartered Bank** | | **2009- Balance zero** |
| **Bank One**<br>**P.O. 8650**<br>**Wilmington, DE 19899** | | **2008- Balance zero** |
| **Merrill Lynch** | | **Sept. 2009- Balance zero** |

---

**12.  Safe deposit boxes**

None
■     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■     List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **16306 Arbor, Plainfield, Il.** | **Debtor** | **Until July 2008** |
| **15735 Creekview Dr.  Plainfield, Il.** | | **July 2008 to July 2010** |
| **15525 Indian Boundry, Plainfield, Il.** | **Debtor** | **July 2010 to date** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Richard K. Johnson & Assoc.**<br>**1 So. 443 Summit Av.**<br>**Oak Brook Terrace, IL 60181** | **2009-2010** |
| **Jacobs and Johnson LTD.**<br>**1611 W. Belmont Av.**<br>**Chicago, IL 60657** | **2007 - 2009** |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Rick Leonhardt** | **3410 Heritage Oaks Ct.**<br>**Oak Brook, IL 60523** |

8

| NAME | ADDRESS |
|---|---|
| **William Lalagos** | **2150 Norris** |
| | **West Chicago, IL 60185** |
| **Richard K . Johnson** | **See Above** |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Rick Leonhardt**<br>**3410 Heritage Oaks Ct.**<br>**Oak Brook, IL 60523** | **Shareholder/Director/ President** | **50% all issued and outstanding stock of Debtor** |
| **William Lalagos**<br>**2150 Norris St.**<br>**West Chicago, IL 60185** | **Shareholder/Director/Secretary** | **50% of all issued and outstanding stock of Debtor** |

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See SOFA # 3(c)** | | |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April  5, 2011**          Signature   **/s/ Richard Leonhardt**

                                                                **Richard Leonhardt**

                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Date | No./Ref. | Name | Account | Memo | Amount C | Balance |
|---|---|---|---|---|---|---|

CHECK Register
SOFA #3 Addendum

Register                                          03/29/2011

FIRST MIDWEST Register through 03/29/2011

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|---|---|---|---|---|---|---|---|
| 05/07/2010 | 1145 | 84 LUMBER | 7030  SUB CONTRA | LOT 164 | -64.35 | X | -2,746.29 |
| 05/07/2010 | 1146 | OFFICE MAX | 8050  Office Expense | | -70.34 | X | -2,816.63 |
| 05/11/2010 | 1150 | JASON SCHNIZ | -split- | W/E 05/09/10 | -436.66 | X | -3,253.29 |
| 05/11/2010 | 1151 | CASEY LEONH | -split- | W/E 05-09-10 | -814.85 | X | -4,068.14 |
| 05/11/2010 | 1152 | KEN ESCHE | -split- | | -681.24 | X | -4,749.38 |
| 05/11/2010 | | | 8034  COMMISSIONS | Deposit | 6,000.00 | X | 1,250.62 |
| 05/13/2010 | 1153 | HOME DEPOT | 7030  SUB CONTRA | VOID | 0.00 | X | 1,250.62 |
| 05/17/2010 | 1154 | ATI | MEDICAL | FULL FINA | -2,000.00 | X | -749.38 |
| 05/20/2010 | | | Loan Payable | Deposit | 2,430.00 | X | 1,680.62 |
| 05/20/2010 | 1155 | KEN ESCHE | -split- | | -672.43 | X | 1,008.19 |
| 05/20/2010 | 1156 | CASEY LEONH | -split- | W/E 05-16-10 | -814.85 | X | 193.34 |
| 05/20/2010 | 1157 | JASON SCHNIZ | -split- | W/E 05 16 10 | -438.25 | X | -244.91 |
| 05/20/2010 | 1158 | CASEY LEONH | 8060  Telephone | | -161.54 | X | -406.45 |
| 05/21/2010 | | | 1030  EARNEST MO | Deposit | 5,000.00 | X | 4,593.55 |
| 05/26/2010 | 1160 | LES MOORE C | -split- | | -226.84 | X | 4,366.71 |
| 05/26/2010 | 1159 | VILLAGE OF P | 8065  Utilities | | -75.00 | X | 4,291.71 |
| 05/26/2010 | | | 1030  EARNEST MO | Deposit | 1,000.00 | X | 5,291.71 |
| 05/27/2010 | 1161 | CASEY LEONH | 2045  Payroll Liabilities | | -4,504.94 | X | 786.77 |
| 05/28/2010 | 1162 | KEN ESCHE | -split- | | -392.92 | X | 393.85 |
| 05/28/2010 | 1163 | CASEY LEONH | -split- | W/E 5-23-10 | -814.85 | X | -421.00 |
| 05/28/2010 | | COMCAST | 8060  Telephone | | -215.00 | X | -639.00 |
| 06/03/2010 | 1169 | KEN ESCHE | 8033  CASUAL LAB | | -747.57 | X | -1,383.57 |
| 06/03/2010 | 1170 | JASON SCHNIZ | -split- | W/E 05 30/10 | -426.06 | X | -1,809.63 |
| 06/03/2010 | 1168 | VILLAGE OF P | 8085  PERMITS LIC | | -165.00 | X | -1,974.63 |
| 06/03/2010 | 1164 | BOUGHTON TR | 7030  SUB CONTRA | | -160.00 | X | -2,134.63 |
| 06/03/2010 | 1165 | RELIABLE BAS | 7030  SUB CONTRA | | -280.00 | X | -2,394.63 |
| 06/03/2010 | 1166 | RELIABLE BAS | 7030  SUB CONTRA | | -380.00 | X | -2,774.63 |
| 06/03/2010 | 1167 | VILLAGE OF P | 8085  PERMITS, LIC | 1101 | -170.00 | X | -2,944.63 |
| 06/03/2010 | | | 8030  Bank Service C | Service Charge | -54.00 | X | -2,998.63 |
| 06/04/2010 | | | -split- | Deposit | 1,634.35 | X | 1,635.82 |
| 06/04/2010 | | | 7015  CLOSING COS | Deposit | 346.00 | X | 1,982.82 |
| 06/07/2010 | 1171 | CASEY LEONH | 7030  SUB CONTRA | 1004 applian | -1,983.45 | X | -1.37 |
| 06/07/2010 | 1172 | CASEY LEONH | 7030  SUB CONTRA | 1101 landsca | -652.57 | X | -653.94 |
| 06/07/2010 | | | Loan Payable | Deposit | 1,450.00 | X | 798.06 |
| 06/07/2010 | 1173 | CASEY LEONH | -split- | W/E 5-30-10 | -814.85 | X | -15.99 |
| 06/08/2010 | 1174 | GEOTECH INC | 8082  Professional Fees | | -600.00 | X | -615.99 |
| 06/08/2010 | 1175 | 84 LUMBER | 7030  SUB CONTRA | | -91.16 | X | -707.15 |
| 06/08/2010 | 1176 | CASEY LEONH | 8040  Insurance | | -240.00 | X | -947.15 |
| 06/08/2010 | 1177 | HOME DEPOT | 7030  SUB CONTRA | | -126.80 | X | -1,073.95 |
| 06/09/2010 | | | -split- | Deposit | 6,730.00 | X | 5,666.05 |
| 06/14/2010 | 1178 | VILLAGE OF P | 8085  PERMITS, LIC | | -75.00 | X | 5,591.05 |
| 06/14/2010 | 1179 | VILLAGE OF P | 8085  PERMITS, LIC | | -170.00 | X | 5,421.05 |

Page 2

FIRST MIDWEST Register through 03/29/2011

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|---|---|---|---|---|---|---|---|
| 06/14/2010 | 1180 | GEOTECH INC | 8082 · Professional Fees | | -600.00 | X | 4,821.05 |
| 06/14/2010 | 1181 | G.C.T. CONSTR | 7030 · SUB CONTRA | | -250.00 | X | 4,571.05 |
| 06/14/2010 | 1182 | HOME DEPOT | 7030 · SUB CONTRA | | -8.39 | X | 4,562.66 |
| 06/14/2010 | 1183 | ERIC KRAWCZ | 8038 · Cleaning | | -300.00 | X | 4,262.66 |
| 06/15/2010 | 1184 | KEN ESCHE | 8033 · CASUAL LAB | | -543.94 | X | 3,718.72 |
| 06/15/2010 | 1185 | KEN ESCHE | 8033 · CASUAL LAB | | -586.79 | X | 3,131.93 |
| 06/16/2010 | 1186 | CASEY LEONH... | -split- | W/E 6/7/10 | -814.85 | X | 2,317.08 |
| 06/16/2010 | 1187 | JASON SCHNIZ... | -split- | W/E 6/07/10 | -526.58 | X | 1,790.50 |
| 06/16/2010 | 1188 | CASEY LEONH | 7030 · SUB CONTRA | 1004 WASH... | -1,595.88 | X | 194.62 |
| 06/17/2010 | | COMCAST | 8060 · Telephone | | -406.33 | X | -211.71 |
| 06/23/2010 | 1189 | VILLAGE OF P | 8085 · PERMITS, LIC | INVOICE 20 | -195.54 | X | -407.25 |
| 06/23/2010 | 1190 | VILLAGE OF P | 8085 · PERMITS, LIC | INVOICE 20... | -195.54 | X | -602.79 |
| 06/24/2010 | 1193 | FORD CREDIT | 8020 · AUTOMOBILE | #41186300 | -723.44 | X | -1,326.23 |
| 06/24/2010 | 1191 | VILLAGE OF P | 8085 · PERMITS, LIC | | -245.00 | X | -1,571.23 |
| 06/24/2010 | | | -split- | Deposit | 8,529.54 | X | 6,958.31 |
| 06/24/2010 | 1194 | HINSDALE OR... | MEDICAL | FULL & FIN | -3,942.40 | X | 3,015.91 |
| 06/24/2010 | 1192 | JASON SCHNIZ... | -split- | W/E 6/14/10 | -526.58 | X | 2,489.33 |
| 06/24/2010 | 1195 | JASON SCHNIZ... | -split- | W/E 6/21/10 | -546.58 | X | 1,942.75 |
| 06/24/2010 | 1196 | CASEY LEONH... | -split- | W/E 6/14/10 | -814.85 | X | 1,127.90 |
| 06/24/2010 | 1197 | CASEY LEONH | -split- | W/E 6/21/10 | -814.85 | X | 313.05 |
| 06/24/2010 | 1198 | ASSOCIATED... | MEDICAL | FULL & FIN | -233.50 | X | 79.55 |
| 06/24/2010 | 1199 | DJO | MEDICAL | ACCT 712573 | -62.08 | X | 17.47 |
| 06/25/2010 | 1200 | CASEY LEONH | -split- | REIMBURS | -1,144.76 | X | -1,127.29 |
| 06/28/2010 | 1201 | KEN ESCHE | 8033 · CASUAL LAB | | -488.17 | X | -1,615.46 |
| 06/28/2010 | 1203 | PRAIRIE EMER... | MEDICAL | 79613488/23 | -751.00 | X | -2,366.46 |
| 06/28/2010 | 1202 | ACE HARDWA... | 7030 · SUB CONTRA... | | -18.87 | X | -2,385.33 |
| 06/28/2010 | 1204 | VILLAGE OF P | 8085 · PERMITS, LIC | | -75.00 | X | -2,460.33 |
| 06/29/2010 | | | -split- | Deposit | 12,557.46 | X | 10,097.13 |
| 06/29/2010 | | | Loan Payable | Deposit | 1,140.00 | X | 11,237.13 |
| 06/30/2010 | | | 8030 · Bank Service C | | -195.00 | X | 11,042.13 |
| 07/01/2010 | 1205 | RELIABLE BAS | -split- | | -660.00 | X | 10,382.13 |
| 07/01/2010 | | | 8030 · Bank Service C | Service Charge | -15.00 | X | 10,367.13 |
| 07/02/2010 | 1206 | RELIABLE BAS | 7030 · SUB CONTRA | | -100.00 | X | 10,267.13 |
| 07/02/2010 | 1207 | JASON SCHNIZ... | -split- | W/E 6/28/10 | -526.58 | X | 9,740.55 |
| 07/02/2010 | 1208 | CASEY LEONH | -split- | W/E 6/28/10 | -814.85 | X | 8,925.70 |
| 07/06/2010 | 1209 | KEN ESCHE | 8033 · CASUAL LAB | | -60.00 | X | 8,865.70 |
| 07/07/2010 | 1210 | CASEY LEONH | 6015 · CHANGE ORD | 1004 CHAN | -127.31 | X | 8,738.39 |
| 07/07/2010 | 1211 | POSTMASTER | 8075 · Postage and Del | | -8.80 | X | 8,729.59 |
| 07/07/2010 | 1212 | VILLAGE OF P | 8085 · PERMITS, LIC | | -16.32 | X | 8,713.27 |
| 07/08/2010 | | | Loan Payable | Deposit | 225.00 | X | 8,938.27 |
| 07/12/2010 | 1213 | HOME DEPOT | -split- | | -853.79 | X | 8,084.48 |
| 07/13/2010 | 1215 | CASEY LEONH | 8033 · CASUAL LAB | | -850.50 | X | 7,233.98 |

Register                                                                03/29/2011

FIRST MIDWEST Register through 03/29/2011

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|---|---|---|---|---|---|---|---|
| 07/13/2010 | 1214. | JASON SCHNIZ | -split- | | -814.00 | X | 6,419.98 |
| 07/15/2010 | 1216 | ILLINOIS DEPT | 2045  Payroll Liabilities | 36-3794647 | -635.81 | X | 5,784.17 |
| 07/15/2010 | 1217 | I D E S | 2045  Payroll Liabilities | | -229.01 | X | 5,555.16 |
| 07/15/2010 | 1218 | ILLINOIS DEPT | 2045  Payroll Liabilities | 36-3794647 | -677.37 | X | 4,877.79 |
| 07/15/2010 | 1219 | I D E S | 2045  Payroll Liabilities | | -1,123.15 | X | 3,754.64 |
| 07/15/2010 | 1220 | CASH | 8033  CASUAL LAB. | | -891.00 | X | 2,863.64 |
| 07/15/2010 | 1221 | MENARDS | 7030  SUB CONTRA | | -891.00 | X | 1,972.64 |
| 07/15/2010 | 1222 | CASH | 8033  CASUAL LAB | | -375.25 | X | 1,597.39 |
| 07/15/2010 | | | 8034  COMMISSIONS | Deposit | 7,000.00 | X | 8,597.39 |
| 07/16/2010 | 1223 | UNITED STATE | 2045  Payroll Liabilities | | -6,200.60 | X | 2,396.79 |
| 07/20/2010 | 1225 | CASH | 8033  CASUAL LAB | 1172 | -480.00 | X | 1,916.79 |
| 07/20/2010 | 1224 | NAPERVILLE R. | 7030  SUB CONTRA | | -465.47 | X | 1,451.32 |
| 07/22/2010 | | | -split- | Deposit | 1,150.00 | X | 2,601.32 |
| 07/22/2010 | 1226 | CASH | 8033  CASUAL LAB | mowing, plan | -606.00 | X | 1,995.32 |
| 07/22/2010 | 1227 | HOME DEPOT | -split- | 1172 | -545.45 | X | 1,449.87 |
| 07/27/2010 | 1228 | I D E S | 2045  Payroll Liabilities | | -382.12 | X | 1,067.75 |
| 07/27/2010 | 1230 | CASEY LEONH | 8055  Repairs & Main | mowing | -393.00 | X | 674.75 |
| 07/27/2010 | 1231 | CASH | 8033  CASUAL LAB | 1172 | -391.50 | X | 283.25 |
| 08/01/2010 | | | 8030  Bank Service C | Service Charge | -240.00 | X | 43.25 |
| 08/12/2010 | | | 8034  COMMISSIONS | Deposit | 3,550.00 | X | 3,593.25 |
| 08/12/2010 | 1232 | KEN ESCHE | 8033  CASUAL LAB | 1172 | -526.50 | X | 3,066.75 |
| 08/12/2010 | 1233 | POSTMASTER | -split- | | -233.00 | X | 2,833.75 |
| 08/13/2010 | 1234 | CASH | 8033  CASUAL LAB | 1172 | -715.50 | X | 2,118.25 |
| 08/16/2010 | 1235 | OFFICE MAX | 8050  Office Expense | | -38.77 | X | 2,079.48 |
| 08/19/2010 | 1236 | KEN ESCHE | -split- | 1172 | -300.84 | X | 1,778.64 |
| 08/20/2010 | | COMCAST | 8060  Telephone | | -489.97 | X | 1,288.67 |
| 08/25/2010 | 1237 | CASH | 8033  CASUAL LAB | MOWING | -499.50 | X | 789.17 |
| 09/13/2010 | 1238 | CASEY LEONH | -split- | | -549.54 | X | 239.63 |
| 09/22/2010 | 1239 | CASH | 8033  CASUAL LAB | 1172 | -364.50 | X | -124.87 |
| 09/22/2010 | | | -split- | Deposit | 7,146.71 | X | 7,021.84 |
| 09/22/2010 | 1241 | ILLINOIS DEPT | 2045  Payroll Liabilities | 36-3794647 | -1,698.46 | X | 5,323.38 |
| 09/27/2010 | 1242 | CASH | 8033  CASUAL LAB | 1172 | -364.50 | X | 4,958.88 |
| 09/29/2010 | | | 8040  Insurance | Deposit | 4,200.00 | X | 9,158.88 |
| 09/29/2010 | | DMD PLUMBIN | 7030  SUB CONTRA | | -3,633.00 | X | 5,525.88 |
| 10/01/2010 | 1240 | ILLINOIS DEPT | 2045  Payroll Liabilities | 36-3794647 | -5,248.63 | X | 277.25 |
| 10/07/2010 | | | 8034  COMMISSIONS | Deposit | 4,000.00 | X | 4,277.25 |
| 10/07/2010 | 1243 | HOME DEPOT | -split- | | -504.16 | X | 3,773.09 |
| 10/07/2010 | 1244 | ILLINOIS DEPT | 2045  Payroll Liabilities | 36-3794647 | -54.28 | X | 3,718.81 |
| 10/07/2010 | | STATE OF ILLI | 8052  Dues and Subsc | | -158.50 | X | 3,560.31 |
| 10/07/2010 | 1245 | CASH | 1090  EXCHANGE | VOID | 0.00 | X | 3,560.31 |
| 10/11/2010 | 1246 | CASH | 8033  CASUAL LAB | 1172 | -756.00 | X | 2,804.31 |
| 10/12/2010 | | COMCAST | 8060  Telephone | | -200.00 | X | 2,604.31 |

Register                                              03/29/2011

FIRST MIDWEST Register through 03/29/2011

| Date | No./Ref. | Name | Account | Memo | Amount | C | Balance |
|------|----------|------|---------|------|--------|---|---------|
| 10/14/2010 | 1247 | PETER MALON | 7031  SCAVENGER | LOT 1172 | -425.00 | X | 2,179.31 |
| 10/18/2010 | 1248 | KEN ESCHE | 8033  CASUAL LAB | 1172 | -810.00 | X | 1,369.31 |
| 10/18/2010 | 1249 | G.C.1  CONSTR | 7030  SUB CONTRA | 1172 | -300.00 | X | 1,069.31 |
| 10/20/2010 | 1250 | UNITED STATE. | 2045  Payroll Liabilities | 941 2010 1st | -6,605.60 | X | -5,536.29 |
| 10/20/2010 |  |  | -split- | Deposit | 6,296.00 | X | 759.71 |
| 10/26/2010 | 1251 | MAJESTIC DIS | 7030  SUB CONTRA | INVOICE 1 | -68.44 | * | 691.27 |
| 11/01/2010 |  |  | Loan Payable | Deposit | 1,138.07 | * | 1,829.34 |
| 11/01/2010 | 1253 | CASH | 7030  SUB CONTRA | 1172 | -1,699.87 | * | 129.47 |
| 11/01/2010 |  |  | 8030  Bank Service C |  | -15.00 |  | 114.47 |
| 12/01/2010 |  |  | 8030  Bank Service C |  | -15.00 |  | 99.47 |
| 12/09/2010 | 1254 | GEOTECH INC | 8082  Professional Fees | 15747 CREI | -825.00 |  | -725.53 |
| 12/09/2010 |  |  | -split- | Deposit | 1,535.00 |  | 809.47 |
| 12/10/2010 |  |  | -split- | Deposit | 88.66 |  | 898.13 |
| 12/10/2010 | 1255 | HOME DEPOT | -split- | 1172 | -857.56 |  | 40.57 |
| 12/17/2010 |  |  | Loan Payable | Deposit | 245.00 |  | 285.57 |
| 12/21/2010 | 1256 | CASH | 8033  CASUAL LAB | 1172 | -240.00 |  | 45.57 |
| 01/03/2011 |  |  | 8030  Bank Service C |  | -15.00 |  | 30.57 |
| 02/03/2011 | 1258 |  | 8030  Bank Service C |  | -15.00 |  | 15.57 |
| 03/03/2011 |  |  | 8030  Bank Service C |  | -15.00 |  | 0.57 |
| 03/29/2011 |  |  | 8065  Utilities | Deposit | 162.16 |  | 162.73 |

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **American Classic Homes, Inc.**                                      Case No.
                                                          Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,501.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **4,501.00** |

2.    $  **299.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Leohardt  Lalagos LLC**

4.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April  5, 2011**                              **/s/ Kent A. Gaertner**
                                                        **Kent A. Gaertner 3121489**
                                                        **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                        **400 S. County Farm Road**
                                                        **Suite 330**
                                                        **Wheaton, IL 60187**
                                                        **630-510-0000  Fax: 630-510-0004**

---



SPRINGER
BROWN
COVEY
GAERTNER &
DAVIS, LLC

THOMAS E. SPRINGER
DAVID R. BROWN
BRADLEY S. COVEY
KENT A. GAERTNER
MICHAEL J. DAVIS

ROBERT B. KATZ OF COUNSEL

March 3, 2011

American Classic Homes, LLC.
Rick Leonhardt, President
P.O. Box 894
Plainfield, IL. 60544

Re:     **AMERICAN CLASSIC HOMES, LLC.**
        **Legal Services Agreement and Engagement Letter**

Dear Mr. Leonhardt:

Pursuant to our recent meeting, please accept this letter as it sets forth the basic terms and conditions upon which **Springer, Brown, Covey, Gaertner & Davis, LLC** ("SPRINGER BROWN") will perform legal services for **AMERICAN CLASSIC HOMES, LLC.** (the "Client") in the above referenced matter (the "Engagement").

This letter shall (1) confirm that the Client has not retained SPRINGER BROWN but has expressed its desire to do so, (2) confirm the scope of the Engagement when retained, and (3) describe the basis upon which SPRINGER BROWN will bill for its services, once actually retained. If the Client has established billing protocols for its professionals, please forward them and SPRINGER BROWN will make every effort to conform to them.

### Scope of Representation

The Client, through its President and shareholder, Rick Leonhardt, of AMERICAN CLASSIC HOMES, LLC., has asked SPRINGER BROWN to assist in representing the company interests in:

1.  The assessment of assets and liabilities regarding the entity known as American Classic Homes, LLC.

2.  Assisting the company with consolidating information on assets and liabilities to facilitate the Chapter 7 filing,

3. Analyzing past financial history of the company as it may effect the Chapter 7 including transfers and preferences.

4. The preparation and filing of a Chapter 7 bankruptcy petition on behalf of the company.

5. Representation of company interests in dealings with the appointed Chapter 7 Trustee and with Company creditors.

6. Representation of company interests in dealings with prospective asset purchasers in Chapter 7.

The representation does not include representation of the Client in connection with **any litigation** arising out of the Chapter 7 filing, including, but not limited to, depositions under Rule 2004. At this time, no such litigation is expected. However, if such litigation is instituted, a new fee arrangement will be entered into between the Client, its shareholder/s and Springer Brown to cover such representation.

## Determination of Fees and Expenses

Legal work varies greatly. Although we are often engaged by our clients to perform specific and limited tasks, our primary role as legal advisors is to offer our knowledge, experience and independent judgment. Recognizing this, our focus in charging for services is to arrive at a fee, which is fair and appropriate considering all of the circumstances.

Legal services provided by attorneys are fee for service arrangements generally involving the payment of a retainer fee to the attorney. In this matter, the Client, through its principals, authorized agents or assigns, has agreed to retain SPRINGER BROWN with an advance payment retainer of \$4800.00 (the "retainer") for services rendered as delineated above. SPRINGER BROWN proposes to charge the Client a flat fee for time and services, as delineated in the scope of representation above, expended on the matter (\$4501.00 attorney fee and \$299.00 filing fee to the Clerk of the Bankruptcy Court). Should the representation be terminated prior to the filing of a Chapter 7 bankruptcy for any reason, SPRINGER BROWN shall be entitled to be paid for the time expended on the file at a rate of \$325.00 per hour plus reimbursement of its costs expended. If any portion of the retainer is unearned or not required for expenses, it will be refunded to the client. Each Attorney in the law firm concentrates his or her practice in the area of bankruptcy and bankruptcy litigation and is duly licensed and authorized to practice law in the State of Illinois and United States District Court for the Northern District of Illinois. Non-attorney support staff time although expended, will NOT be billed out without prior approval by the Client, and will be billed at the rate of bill \$125 per hour. All legal services will be performed under the supervision of the owning member attorneys of the law firm.

2

The retainer stated above shall be considered an "advance payment" retainer pursuant to Dowling v. Chicago Options Associates, Inc. 875 N.E.2d, 1012, Ill., 2007 and pursuant to Rule 1.15 of the Illinois Rules of Professional Conduct. This means that the retainer is considered earned when paid in anticipation of future work. The retainer will not be held in a client trust account but instead will be deposited into the general operating account of our law firm. You have the right to require the funds be held as a "security retainer" which means they remain the Client's property until actually earned by completion of the representation as defined above. The choice of how the retainer is treated (i.e. either security or advanced payment) is the client's alone. However, SPRINGER BROWN will not agree to represent the Client unless the retainer is an advanced payment retainer. The special purpose for the advanced payment retainer is to protect the funds from the claims of creditors. Client funds that are held in a security retainer are still the property of the Client until earned by the lawyer. Therefore, funds held in a security retainer could be garnished by a creditor or turned over to a Bankruptcy Trustee. This would cause SPRINGER BROWN to have no recourse for payment of its fee by the Client/ Debtor. Given the financial condition of the Client and the possibility that SPRINGER BROWN could lose the retainer to a creditor or a bankruptcy trustee, if it were determined to be property of the bankruptcy estate, the advance payment retainer offers protection to the Client and SPRINGER BROWN that the fees for the representation will be available.

SPRINGER BROWN operates as an integrated unit. A client who calls upon a particular lawyer in fact retains the entire firm and has at its disposal all of the expertise and resources that the firm has to offer. Therefore, the lawyer who serves as one's principal contact at the firm may assign the work to another lawyer who has experience in the particular area involved or who is in a better position to perform the legal work most efficiently. In assigning work within the firm, SPRINGER BROWN strives to achieve the most efficient mix of seniority and expertise, with the goal of providing effective representation to our clients economically.

SPRINGER BROWN cannot quote a specific flat or final fee for services in this matter because we cannot control or predict the nature or extent of the services that may have to be provided. However, please be assured that we are sensitive to your needs, and that we will do our best at all times to minimize fees and expenses to the extent possible consistent with the furnishings of effective legal services.

In addition to our fees for services, we also bill our clients for out-of-pocket expenses incurred on their behalf. Reimbursable out-of-pocket expenses include the following: filing fees, computerized legal research fees, electronic access and filing fees, photocopying expenses, long distance telephone toll charges, telecopy charges, necessary travel expenses, and so forth. Please be advised of our firm policy that clients are required to advance or pay directly any disbursements in excess of $300.

3

## Termination

The Client may terminate our engagement as counsel at any time for any reason. SPRINGER BROWN may withdraw as the Client's legal counsel or from our representation of the Client in any particular matter for good cause, which includes the Client's failure to perform their obligations described in this letter, failure to timely make payment for services rendered and expenses advanced, refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstances that would render our continuing representation unlawful or unethical. If and when our services to the Client conclude, all unpaid fees and costs will be immediately due and payable.

## Duties

Effective legal representation requires a high level of cooperation between attorney and client. **Therefore, by executing this letter, the Client agrees to cooperate with us, keep us fully and truthfully informed of all developments, and to abide by this letter.** In turn, we are agreeing to provide those legal services reasonably required to represent the Client with respect to the matters described above and to take reasonable steps to keep the Client informed of our progress and to respond to the Client's inquiries. Of course, we cannot make any promises or guarantees about the outcome of the matters as to which the Client has engaged us, and nothing in this letter or in our statements should be so construed. When we provide our opinion as to the probable outcome of any matter, it is with the understanding that our opinion is just that, and not a promise or guarantee.

We encourage our clients to participate actively in the matters we are handling for them, as they are much closer to the details and effects of their affairs than we are and we wish to be certain that our efforts converge with our clients' goal. If at any time you should have a concern, or if we may be of service in another substantive area, we would ask that you raise it with us at once so that we can address your need without delay.

## Electronic Communications

Our clients and our law firm increasingly rely upon electronic communication such as e-mail, text-messaging, cellular telephones and electronic faxes (collectively, "**Electronic Communications**"). By engaging us, absent the Client's specific instructions to the contrary, you authorize us to use Electronic Communications. Because of their nature, Electronic Communications are not as secure as more traditional lines of communications, such as hard-wired telephones and telephonic faxes, U.S. Mail or couriers. The Client understands that some risk exists that any and all Electronic Communications could be intercepted by an unauthorized third party, and the Client hereby accepts the risk. With respect to the use of Electronic Communications for matters of particular sensitivity or for information that could be

4

compromising or damaging to the Client, the Client acknowledges that each contact person with whom we are or will be directly working, including SPRINGER BROWN, has the authority to consent specifically to the use of Electronic Communications for such matters. We shall also consider communications from the Client by Electronic Communications as specific consent to respond by Electronic Communications. *If the Client does not wish to use Electronic Communications for any particular matter or matters, you will so advise us in writing, or will so advise us orally and confirm the instruction promptly in writing.*

### Other Clients/Conflicts of Interest

As a specialty boutique law firm, it is common for SPRINGER BROWN to be engaged to represent more than one party in a significant bankruptcy or work-out / debt reorganization case. We do not believe that a conflict of interest is raised if we represent more than one party in a Bankruptcy case, as long as all of our clients are adverse to the debtor. We currently have reviewed the case and as of the date of this legal engagement letter, SPRINGER BROWN does not represent any parties adverse to the Client. However, as is usually the case in any bankruptcy proceeding, the existence of other, non-listed or otherwise unknown parties may give rise to multiple representation by SPRINGER BROWN. In fact, we often find that our clients generally benefit from the economics of scale that arise when fees and costs can be spread among a number of different parties. Therefore, the Client should be aware that we may in the future be contacted to represent other creditors or non-Debtor parties in interest of the above referenced and related Bankruptcy proceeding. Of course, we will do our standard check to assure that no new client raises an adverse and/or conflict issue and we will notify you promptly if we become aware of a potential or a pre-existing conflict. However, if we do not perceive a conflict of interest, we may accept other clients without seeking the Client's approval. In the unlikely event that the Client decides to take a position adverse to that of another one of our clients in this case (a possibility we do not foresee at this time) then we will not be able to represent the Client in that dispute.

### Personal Guarantee of Shareholder/s

Although we have made every effort to request a retainer reasonably calculated to cover the anticipated fees and costs for this case, it is possible that the fees and costs may exceed the retainer paid by the client. Since the Company will no longer be operational after the filing and its assets will be controlled by the Chapter 7 Trustee we cannot look to the Company assets for payment of those fees. Therefore we require that the Company shareholder/s personally guarantee payment of our fees and costs to the extent they exceed the retainer paid. **By signing the authorization at the end of this letter you are agreeing to such personal guarantee.**

5

If the foregoing terms upon which we propose to be engaged and the nature of the engagement are acceptable, please sign or please have a duly authorized representative of the Client sign and return to me the enclosed copy of this letter. Thank you.

Sincerely,

SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC

By:

Kent A. Gaertner
Attorney

Accepted and agreed to by:

AMERICAN CLASSIC HOMES, LLC.

By:
Title:   President and Shareholder

Date:

Rick Leonhardt, individually as to
his personal guarantee

Rick Leonhardt

Date:  3/10/11

William Lalagos, individually as to
his personal guarantee

William Lalagos

Date:  3/9/11

6

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **American Classic Homes, Inc.**                              Case No.
                                                    Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **83**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April  5, 2011**                          **/s/ Richard Leonhardt**
                                                    **Richard Leonhardt/President**
                                                    Signer/Title

20/20 Technologies
400 Armand-Frappier Boulevard
Laval, (Quebec) H7V 4B4
Canada


84 Lumber
1704 N Aurora Rd
Naperville, IL 60563


Accurate Plumbing
6225 West Belmont
Chicago, IL 60634


Accurate Plumbing
c/o Michael Vazquez
23509 W. Williams Ct.
Plainfield, IL 60544


Allied Waste
1565 Aurora Ave
Aurora, IL 60505


Allied Waste
808 S. Joliet St.
Joliet, IL 60436-2782


American Chartered Bank
1199 E.Higgins Rd.
Schaumburg, IL 60173


American Family Insurance
6019 W Cermak Rd
Cicero, IL 60804


American Family Insurance
6000 American Parkway
Madison, WI 53783


American Family Insurance
15515 S. Route 59
Plainfield, IL 60544-2725


American Heritage Siding
2n020 Francis Road
Maple Park, IL 60151

Armstrong Cabinets
5465 Legacy Drive, Suite 600
Plano, TX 75024


Bolingbrook Glass & Mirror
470 W Frontage Road
Bolingbrook, IL


BTM Concrete
109 Conover Ct. North
Yorkville, IL 60560-1020


Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173


Cardinal Land Surveying
1625 Whispering Oak Drive
Plainfield, IL 60586


Citi Cards - Office Depot
Processing Center
Des Moines, IA 50363-0001


Claasen, White & Associates PC
121 Airport Dr # I
Joliet, IL 60431


ComEd
Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


Conover Concrete
109 Conover Ct. No.
Yorkville, IL


Credit Collection Services
2 Wells Avenue
Newton Center, MA 02459


Credit Collections Services
2 Wells Avenue
Newton Center, MA 02459

D&H Granite
1520 West Pershing Road
Chicago, IL 60609-2408


Designed Stairs
1251 E. Sixth St.
Sandwich, IL 60548-1947


DMD Plumbing
601 Sidwell Ct. Unit #D
P.O. Box 971
Saint Charles, IL 60174-3415


Drop Zone
PO Box 964
Frankfort, IL 60423


Faletto Wood Floors
325 Airport Dr.
Joliet, IL 60431


Gary Galassi Stone & Steel
44 Devonwood Avenue
Romeoville, IL 60446-1349


Gary Spielman Plumbing
1601 Atlantic Dr, Suite 101
West Chicago, IL 60185


GCT Construction
1061 Sullivan Road
Aurora, IL 60506-1070


GDK Builder Services, Inc
1547 Bourbon Parkway
Streamwood, IL 60107


Horizon Heating & Cooling
999 Thornton St
Lockport, IL 60441


IL Dept. of Employment Security
P.O. Box 3637
Springfield, IL 62708-3637

IL Dept. of Employment Security
c/o Timothy Hill, Director
33 S. State St., 10th Floor
Chicago, IL 60603-2802


Inland Bank
5456 S. LaGrange Road
La Grange, IL 60525


Inland Bank
305 W. St. Charles Rd
Villa Park, IL 60181


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


J&D Door Sales, Inc.
200 E Second St
PO Box 245
Big Rock, IL 60511


Labor Ready
1924 Plainfield Rd
Crest Hill, IL 60403


Little Pig Enterprises
1317 Clifton Drive
Minooka, IL 60447


Louis K Walter & Assoc
215 Industrial Lane
Wheeling, IL 60090-6313


Mark of Excellence
504 Palomimo Dr
Plano, IL 60545-2118


Mr. and Mrs. Schaefer
21331 Prairie Landing
Shorewood, IL 60404

Nicor
PO Box 3014
Naperville, IL 60566-3014


NIHBA
3695 Darlene Ct.
Suite #102
Aurora, IL 60504


Nino's Landscaping
415 Miami Street
Joliet, IL 60432-2708


Northwest Insulation
1615 Dundee Ave # I
Elgin, IL 60120


OnProject
P.O. Box 104
Franklin Lakes, NJ 07417


Pekin Insurance
2505 Court St
Pekin, IL 61558-0001


Pennsylvania Properties, Inc.
P.O. Box 894
Plainfield, IL 60544


Plainfield Police Department
14300 S Coil Plus Drive
Plainfield, IL 60544


Prestige Plumbing
11 John St.
North Aurora, IL 60542


Priority Staffing
117 Republic Avenue
Joliet, IL 60435


Rathje & Woodward
300 E Roosevelt Rd # 300
Wheaton, IL 60187-1908

Residential Design
21002 Kenmare Drive
Shorewood, IL 60404-6098

Richard K Johnson & Assoc
1 S 443 Summit, Suite 302
Oakbrook Terrace, IL 60181

Rick Leonhardt
3410 Heritage Oaks Ct.
Oak Brook, IL 60523

Rick Leonhardt
3410 Heritage Oaks Ct.
Oak Brook, IL 60523

Rick Leonhardt
3410 Heritage Lakes Ct.
Oak Brook, IL 60523

RMS
4836 Brecksville Rd
Richfield, OH 44286

Sears
PO Box 183082
Columbus, OH 43218

Sears Commercial One
P.O. Box 689132
Des Moines, IA 50368-9132

Sleeth Electric
48W 605 Hinkley Rd.
Big Rock, IL 60511

Sprint
PO Box 6419
Carol Stream, IL 60197

Sprint PCS
p.O. Box 660075
Dallas, TX 75266-0075

Suburban Chicago Newspaper
P.O. Box 1005
Tinley Park, IL 60477-9105


The Enterprise
23856 Andrew Rd.
Plainfield, IL 60585


Tom's Construction
234 W Ann
Lombard, IL 60148


Tri-County Waterproofing
920 Merrill New Rd.
Sugar Grove, IL 60554-9208


U.S. Bank F/K/A Park National Bank
136 S. Washington St.
Naperville, IL 60540


Verizon Wireless
1515 Woodfield Road
Suite 1400
Schaumburg, IL 60173


Verizon Wireless Bankruptcy Admin.
P.O. Box 3397
Bloomington, IL 61702


Village of Plainfield
24000 W Lockport St
Plainfield, IL 60544


VLA Masonry
820 Pine Needle Lane
Joliet, IL 60432


Waste Management
2100 Moen Av.
Rockdale, IL 60436


Waste Management
1411 Opus Place, Ste. 400
Downers Grove, IL 60515

Waste Management
2100 Moen Av.
Rockdale, IL 60436


Werden Buck Co
55 East Webster
Joliet, IL 60434


William Lalagos
2150 Norris
West Chicago, IL 60185


William Lalagos
2150 Norris St.
West Chicago, IL 60185


William Lalagos
2150 Norris St.
West Chicago, IL 60185


Wilson Wholesale
1736 N Aurora Rd
Naperville, IL 60563

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **American Classic Homes, Inc.**                                     Case No.

                                                Debtor(s)        Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Classic Homes, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**April  5, 2011**
Date

**/s/ Kent A. Gaertner**
**Kent A. Gaertner 3121489**
Signature of Attorney or Litigant
Counsel for   **American Classic Homes, Inc.**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**