**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: AMERICAN CLASSIC HOMES, INC.   § Case No. 11-14467-BWB
                                      §
                                      §
Debtor(s)                             §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 05, 2011. The undersigned trustee was appointed on April 05, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $           26,092.00

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 60.63 |
   | Bank service fees | 1,473.14 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 24,558.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/07/2011 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,359.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,359.20, for a total compensation of $3,359.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $25.68, for total expenses of $25.68.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/15/2017    By: /s/THOMAS B. SULLIVAN, TRUSTEE
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-14467-BWB  
**Case Name:** AMERICAN CLASSIC HOMES, INC.

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/05/11 (f)  
**§341(a) Meeting Date:** 05/05/11  
**Claims Bar Date:** 09/07/11

**Period Ending:** 01/15/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   LOT 170 & 177 ARBOR, PLAINFIELD, IL | 50,000.00 | 0.00 | | 0.00 | FA |
| 2   TAX REFUND | Unknown | Unknown | | 0.00 | FA |
| 3   POSSIBLE CAUSE OF ACTION | Unknown | Unknown | | 26,092.00 | FA |
| 4   OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 5   CHECKING ACCOUNT | 15.57 | 0.00 | | 0.00 | FA |
| 6   PERFORMANCE BONDS | 11,000.00 | 0.00 | | 0.00 | FA |
| 7   IMPACT FEES | 26,692.00 | 0.00 | | 0.00 | FA |
| **7 Assets   Totals** (Excluding unknown values) | **$89,707.57** | **$0.00** | | **$26,092.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TFR TO US TEE FOR REVIEW 1/3/17  
OBJECTING TO CLAIM; TFR TO FOLLOW  
FINAL TAX RETURNS BEING PREPARED; FINAL REPORT TO FOLLOW

INVESTIGATING LIEN CLAIMS VERSUS CITY AND SCHOOL DISTRICT; EXPECT SETTLEMENT WITH CITY; FUNDS RECEIVED FROM PLANFIELD COMMUNITY SCHOOL DIST 202; ATTEMPTING TO COLLECT FROM SHOREWOOD; DOCUMENTS NEEDED FROM DEBTOR TO COMPLETE TAX RETURNS;

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012        **Current Projected Date Of Final Report (TFR):**   June 30, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-14467-BWB  
**Case Name:** AMERICAN CLASSIC HOMES, INC.  
**Taxpayer ID #:** **-***4647  
**Period Ending:** 01/15/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/13 | {3} | PLAINFIELD COMMUNITY CONSOLIDATED SCHOOL DIST 202 | SETTLEMENT DEMAND TURNOVER | 1141-000 | 26,092.00 | | 26,092.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.77 | 26,058.23 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.22 | 26,022.01 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.92 | 25,982.09 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.61 | 25,943.48 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.82 | 25,908.66 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.98 | 25,867.68 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.20 | 25,830.48 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 25,794.57 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.81 | 25,753.76 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.57 | 25,719.19 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.69 | 25,678.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.16 | 25,640.34 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-14467, BOND#016026455 | 2300-001 | | 21.50 | 25,618.84 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 25,584.43 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.57 | 25,548.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.20 | 25,509.66 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.69 | 25,472.97 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.41 | 25,437.56 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.25 | 25,397.31 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.31 | 25,362.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.90 | 25,323.10 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.63 | 25,285.47 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.73 | 25,252.74 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.16 | 25,211.58 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.26 | 25,175.32 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 24.00 | 25,151.32 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -24.00 | 25,175.32 |

Subtotals :  $26,092.00    $916.68

{} Asset reference(s)                                     Printed: 01/15/2017 09:38 AM    V.13.29

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-14467-BWB  
**Case Name:** AMERICAN CLASSIC HOMES, INC.  
**Taxpayer ID #:** **-***4647  
**Period Ending:** 01/15/17  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 24.42 | 25,150.90 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -24.42 | 25,175.32 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 | 2300-000 | | 24.00 | 25,151.32 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.79 | 25,117.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.55 | 25,078.98 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.07 | 25,042.91 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 25,008.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.36 | 24,969.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.11 | 24,932.63 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.66 | 24,897.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.20 | 24,859.77 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.75 | 24,824.02 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.51 | 24,789.51 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.22 | 24,750.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.32 | 24,715.97 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.26 | 24,681.71 |
| 03/07/16 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #11-14467, Bond No. 10BSBGR6291 | 2300-000 | | 15.13 | 24,666.58 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.94 | 24,627.64 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.14 | 24,593.50 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.27 | 24,558.23 |
| | | | ACCOUNT TOTALS | | 26,092.00 | 1,533.77 | $24,558.23 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,092.00 | 1,533.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,092.00** | **$1,533.77** | |

{} Asset reference(s)  
Printed: 01/15/2017 09:38 AM  V.13.29

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 11-14467-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** AMERICAN CLASSIC HOMES, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3566 - Checking Account |
| **Taxpayer ID #:** **-***4647 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/15/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 26,092.00 | | | | | |
| | | Net Estate : $26,092.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******3566** | | 26,092.00 | 1,533.77 | 24,558.23 |
| | | $26,092.00 | $1,533.77 | $24,558.23 |

{} Asset reference(s)     Printed: 01/15/2017 09:38 AM     V.13.29

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 7, 2011

**Case Number:** 11-14467-BWB  
**Debtor Name:** AMERICAN CLASSIC HOMES, INC.

Page: 1

**Date:** January 15, 2017  
**Time:** 09:38:49 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | INTERNATIONAL SURETIES, LTD. | Admin Ch. 7 | | $21.50 | $21.50 | 0.00 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $39.13 | $39.13 | 0.00 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $3,359.20 | $0.00 | 3,359.20 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $4,104.10 | $0.00 | 4,104.10 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $112.19 | $0.00 | 112.19 |
| ADMIN4 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $25.68 | $0.00 | 25.68 |
| 1 570 | Illinois Department of Employment Security<br>33 South State Street 10th Floor<br>Chicago, Illinois 60603 | Priority | | $1,299.13 | $0.00 | 1,299.13 |
| 2P 570 | Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346 | Priority | | $16,028.94 | $0.00 | 16,028.94 |
| 2U 610 | Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $5,053.67 | $0.00 | 5,053.67 |
| 3 610 | Priority Staffing<br>117 Republic Avenue<br>Joliet, IL 60435 | Unsecured | | $1,213.99 | $0.00 | 1,213.99 |
| 4 610 | Drop Zone<br>PO Box 964<br>Frankfort, IL 60423 | Unsecured | | $3,025.20 | $0.00 | 3,025.20 |
| 5 610 | Allied Waste<br>808 S. Joliet St.<br>Joliet, IL 60436-2782 | Unsecured | | $3,831.32 | $0.00 | 3,831.32 |
| 6 610 | Mark of Excellence<br>504 Palomimo Dr<br>Plano, IL 60545-2118 | Unsecured | | $4,000.00 | $0.00 | 4,000.00 |

# E X H I B I T  A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 7, 2011

**Case Number:** 11-14467-BWB  
**Debtor Name:** AMERICAN CLASSIC HOMES, INC.

Page: 2

**Date:** January 15, 2017  
**Time:** 09:38:49 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 7<br>610 | Claasen, White & Associates PC<br>121 Airport Dr # I<br>Joliet, IL 60431 | Unsecured | | $1,100.00 | $0.00 | 1,100.00 |
| 8<br>610 | Caine & Weiner<br>1699 East Woodfield Road<br>Schaumburg, IL 60173 | Unsecured | | $1,224.03 | $0.00 | 1,224.03 |
| 9<br>610 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>POB 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $2,787.42 | $0.00 | 2,787.42 |
| 10<br>610 | VLA Masonry<br>820 Pine Needle Lane<br>Joliet, IL 60432 | Unsecured | PER ORDER OF 12/16/16; GENERAL UNSECURED CLAIM | $12,000.00 | $0.00 | 12,000.00 |
| 11S<br>610 | Inland Bank and Trust<br>c/o Sheryl A. Fyock,Latimer LeVay Fyock LLC,55 W. Monroe, Suite 1100<br>Chicago, IL 60603 | Unsecured | PER ORDER 12/16/16; CLAIM RECLASSIFIED AS GENERAL UNSECURED CLAIM IN AMOUNT OF 315,199.40 | $0.00 | $0.00 | 0.00 |
| 11U<br>610 | Inland Bank and Trust<br>c/o Sheryl A. Fyock,Latimer LeVay Fyock LLC,55 W. Monroe, Suite 1100<br>Chicago, IL 60603 | Unsecured | | $315,199.40 | $0.00 | 315,199.40 |
| 12<br>610 | Mr. and Mrs. Schaefer<br>21331 Prairie Landing<br>Shorewood, IL 60404-8377 | Unsecured | | $11,660.67 | $0.00 | 11,660.67 |
| 13<br>610 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | | $902.92 | $0.00 | 902.92 |
| 14<br>610 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023 | Unsecured | | $3,529.02 | $0.00 | 3,529.02 |
| 15<br>610 | Jeffrey F and Judity E Valenti<br>c/o Jonathan Tofilon<br>407 S Third Street Suite 200<br>Geneva, IL 60134 | Unsecured | | $359,600.00 | $0.00 | 359,600.00 |
| 16<br>610 | PENSION BENEFIT GUARANTY CORP<br>ATTN: ERIN KIM, OFC OF CHEIF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 17<br>610 | PENSION BENEFIT GUARANTY CORP<br>ATTN: ERIN KIM, OFC OF CHEIF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 7, 2011

**Case Number:** 11-14467-BWB  
**Debtor Name:** AMERICAN CLASSIC HOMES, INC.

Page: 3

**Date:** January 15, 2017  
**Time:** 09:38:49 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 18 610 | PENSION BENEFIT GUARANTY CORP<br>ATTN: ERIN KIM, OFC OF CHEIF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 19 610 | PENSION BENEFIT GUARANTY CORP<br>ATTN: ERIN KIM, OFC OF CHEIF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | Unsecured | WITHDRAWN | $0.00 | $0.00 | 0.00 |
| 20 610 | Dr. Jeffrey Valenti and Ms Judith Valenti<br>c/o Jonathan Tofilon<br>407 S. Third Street, Suite 200<br>Geneva, IL 60134 | Unsecured | | $359,600.00 | $0.00 | 359,600.00 |
| 21 610 | Cardinal Land Surveying<br>1625 Whispering Oak Drive<br>Plainfield, IL 60586 | Unsecured | | $900.00 | $0.00 | 900.00 |
| 22 620 | Armstrong Cabinets<br>5465 Legacy Drive, Suite 600<br>Plano, TX 75024 | Unsecured | | $699.71 | $0.00 | 699.71 |
| **<< Totals >>** | | | | 1,111,317.22 | 60.63 | 1,111,256.59 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 11-14467-BWB
Case Name: AMERICAN CLASSIC HOMES, INC.
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**     $     24,558.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     24,558.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,359.20 | 0.00 | 3,359.20 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 25.68 | 0.00 | 25.68 |
| Accountant for Trustee, Fees - Alan D. Lasko | 4,104.10 | 0.00 | 4,104.10 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 112.19 | 0.00 | 112.19 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 39.13 | 39.13 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, | 21.50 | 21.50 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $     7,601.17
Remaining balance:     $     16,957.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     16,957.06

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,328.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Illinois Department of Employment Security | 1,299.13 | 0.00 | 1,271.31 |
| 2P | Internal Revenue Service | 16,028.94 | 0.00 | 15,685.75 |

| | |
|---|---:|
| Total to be paid for priority claims: | $ 16,957.06 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,085,627.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Internal Revenue Service | 5,053.67 | 0.00 | 0.00 |
| 3 | Priority Staffing | 1,213.99 | 0.00 | 0.00 |
| 4 | Drop Zone | 3,025.20 | 0.00 | 0.00 |
| 5 | Allied Waste | 3,831.32 | 0.00 | 0.00 |
| 6 | Mark of Excellence | 4,000.00 | 0.00 | 0.00 |
| 7 | Claasen, White & Associates PC | 1,100.00 | 0.00 | 0.00 |
| 8 | Caine & Weiner | 1,224.03 | 0.00 | 0.00 |
| 9 | Sprint Nextel Correspondence | 2,787.42 | 0.00 | 0.00 |
| 10 | VLA Masonry | 12,000.00 | 0.00 | 0.00 |
| 11S | Inland Bank and Trust | 0.00 | 0.00 | 0.00 |
| 11U | Inland Bank and Trust | 315,199.40 | 0.00 | 0.00 |
| 12 | Mr. and Mrs. Schaefer | 11,660.67 | 0.00 | 0.00 |
| 13 | Verizon Wireless | 902.92 | 0.00 | 0.00 |
| 14 | Waste Management | 3,529.02 | 0.00 | 0.00 |
| 15 | Jeffrey F and Judity E Valenti | 359,600.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 16 | PENSION BENEFIT GUARANTY CORP | 0.00 | 0.00 | 0.00 |
| 17 | PENSION BENEFIT GUARANTY CORP | 0.00 | 0.00 | 0.00 |
| 18 | PENSION BENEFIT GUARANTY CORP | 0.00 | 0.00 | 0.00 |
| 19 | PENSION BENEFIT GUARANTY CORP | 0.00 | 0.00 | 0.00 |
| 20 | Dr. Jeffrey Valenti and Ms Judith Valenti | 359,600.00 | 0.00 | 0.00 |
| 21 | Cardinal Land Surveying | 900.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $        0.00
Remaining balance:                                    $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 699.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | Armstrong Cabinets | 699.71 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $        0.00
Remaining balance:                                   $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance:                        $        0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**