IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **American Classic Homes, Inc.** | ) | No. 11B 14467 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:    See Attached

I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on January 24, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

BY:/s/ Thomas B. Sullivan
        Ch 7 Bankruptcy Trustee

Service List:

Illinois Dept of Employment Security
Attn:   Amelia Yabes
33 South State Street
10th Floor
Chicago, IL   60603

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346

Priority Staffing
117 Republic Avenue
Joliet, IL   60435

Drop Zone
P.O. Box 964
Frankfort, IL   60423

Allied Waste
808 S. Joliet Street
Joliet, IL   60436

Mark of Excellence
504 Palomimo Drive
Plano, IL   60545

Claasen, White & Associates, PC
121 Airport Drive #1
Joliet, IL   60431

Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL   60173

Sprint Nextel Correspondence
Attn:   Bankruptcy Dept
P.O. Box 7949
Overland Park, KS   66207

VLA masonry
820 Pine Needle Lane
Joliet, IL   60432

Inland Bank & Trust
c/o Sheryl Fyock
Latimer LeVay Fycok, LLC
55 W. Monroe, Ste 1100
Chicago, IL   60603

Mr. & Mrs. Schaefer
21331 Prairie Landing
Shorewood, IL   60404

Verizon Wireless
P.O. Box 3397
Bloomington, IL   61702

Waste Mgmt
2625 W. Grandview Road
Ste 150
Phoenix, AZ   85023

Jeffrey & Judith Valenti
c/o Jonathan Tofilon
407 S. third Street, Ste 200
Geneva, IL   60134

Pension Benefit Guaranty Corp.
Attn:   Erin Kim, Attorney
Office of the Chief Counsel
1200 K Street, NW
Washington, DC   20005

Cardinal Land Surveying
1625 Whispering Oak Drive
Plainfield, IL   60586

Armstrong Cabinets
5465 Legacy Drive, Ste 600
Plano, TX   75024

Kent Gaertner
kgaertner@springerbrown.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov