**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: AMERICAN CLASSIC HOMES, INC.                    § Case No. 11-14467-PSH
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $89,707.57                   Assets Exempt: $0.00
(without deducting any secured claims)

Total Distribution to Claimants: $16,957.06    Claims Discharged
                                               Without Payment: $1,086,698.36

Total Expenses of Administration: $9,134.94
```

   3) Total gross receipts of $ 26,092.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $26,092.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,134.94 | 9,134.94 | 9,134.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 17,328.07 | 17,328.07 | 16,957.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,698.86 | 1,136,327.35 | 1,086,327.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $18,698.86 | $1,162,790.36 | $1,112,790.36 | $26,092.00 |

4) This case was originally filed under Chapter 7 on April 05, 2011. The case was pending for 75 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2017           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| POSSIBLE CAUSE OF ACTION | 1141-000 | 26,092.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,092.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, - INTERNATIONAL SURETIES, | 2300-001 | N/A | 21.50 | 21.50 | 21.50 |
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 39.13 | 39.13 | 39.13 |
| Trustee Compensation - THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,359.20 | 3,359.20 | 3,359.20 |
| Other - Alan D. Lasko | 3410-000 | N/A | 4,104.10 | 4,104.10 | 4,104.10 |
| Other - Alan D. Lasko | 3420-000 | N/A | 112.19 | 112.19 | 112.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee Expenses - THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 25.68 | 25.68 | 25.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.77 | 33.77 | 33.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.22 | 36.22 | 36.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.92 | 39.92 | 39.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.61 | 38.61 | 38.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.82 | 34.82 | 34.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.98 | 40.98 | 40.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.20 | 37.20 | 37.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.91 | 35.91 | 35.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.81 | 40.81 | 40.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.57 | 34.57 | 34.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.69 | 40.69 | 40.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.16 | 38.16 | 38.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.41 | 34.41 | 34.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.57 | 35.57 | 35.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.20 | 39.20 | 39.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.69 | 36.69 | 36.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.41 | 35.41 | 35.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.25 | 40.25 | 40.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.31 | 35.31 | 35.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.90 | 38.90 | 38.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.63 | 37.63 | 37.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.73 | 32.73 | 32.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.16 | 41.16 | 41.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.26 | 36.26 | 36.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.79 | 33.79 | 33.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.55 | 38.55 | 38.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.07 | 36.07 | 36.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.81 | 34.81 | 34.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.36 | 38.36 | 38.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.11 | 37.11 | 37.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.66 | 34.66 | 34.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.20 | 38.20 | 38.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.75 | 35.75 | 35.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.51 | 34.51 | 34.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.22 | 39.22 | 39.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.32 | 34.32 | 34.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.26 | 34.26 | 34.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.94 | 38.94 | 38.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.14 | 34.14 | 34.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.27 | 35.27 | 35.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,134.94 | $9,134.94 | $9,134.94 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 5800-000 | N/A | 1,299.13 | 1,299.13 | 1,271.31 |
| 2P | Internal Revenue Service | 5800-000 | N/A | 16,028.94 | 16,028.94 | 15,685.75 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17,328.07 | $17,328.07 | $16,957.06 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Internal Revenue Service | 7100-000 | N/A | 5,053.67 | 5,053.67 | 0.00 |
| 3 | Priority Staffing | 7100-000 | 1,213.99 | 1,213.99 | 1,213.99 | 0.00 |
| 4 | Drop Zone | 7100-000 | 3,025.20 | 3,025.20 | 3,025.20 | 0.00 |
| 5 | Allied Waste | 7100-000 | N/A | 3,831.32 | 3,831.32 | 0.00 |
| 6 | Mark of Excellence | 7100-000 | N/A | 4,000.00 | 4,000.00 | 0.00 |
| 7 | Claasen, White & Associates PC | 7100-000 | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Caine & Weiner | 7100-000 | N/A | 1,224.03 | 1,224.03 | 0.00 |
| 9 | Sprint Nextel Correspondence | 7100-000 | N/A | 2,787.42 | 2,787.42 | 0.00 |
| 10 | VLA Masonry | 7100-000 | N/A | 12,000.00 | 12,000.00 | 0.00 |
| 11S | Inland Bank and Trust | 7100-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| 11U | Inland Bank and Trust | 7100-000 | N/A | 315,199.40 | 315,199.40 | 0.00 |
| 12 | Mr. and Mrs. Schaefer | 7100-000 | 11,660.67 | 11,660.67 | 11,660.67 | 0.00 |
| 13 | Verizon Wireless | 7100-000 | 1,000.00 | 902.92 | 902.92 | 0.00 |
| 14 | Waste Management | 7100-000 | N/A | 3,529.02 | 3,529.02 | 0.00 |
| 15 | Jeffrey F and Judity E Valenti | 7100-000 | N/A | 359,600.00 | 359,600.00 | 0.00 |
| 16 | PENSION BENEFIT GUARANTY CORP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | PENSION BENEFIT GUARANTY CORP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | PENSION BENEFIT GUARANTY CORP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19 | PENSION BENEFIT GUARANTY CORP | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | Dr. Jeffrey Valenti and Ms Judith Valenti | 7100-000 | N/A | 359,600.00 | 359,600.00 | 0.00 |
| 21 | Cardinal Land Surveying | 7100-000 | N/A | 900.00 | 900.00 | 0.00 |
| 22 | Armstrong Cabinets | 7200-000 | 699.00 | 699.71 | 699.71 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,698.86 | $1,136,327.35 | $1,086,327.35 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-14467-PSH  
**Case Name:** AMERICAN CLASSIC HOMES, INC.  
**Period Ending:** 06/28/17

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/05/11 (f)  
**§341(a) Meeting Date:** 05/05/11  
**Claims Bar Date:** 09/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  LOT 170 & 177 ARBOR, PLAINFIELD, IL | 50,000.00 | 0.00 | | 0.00 | FA |
| 2  TAX REFUND | Unknown | Unknown | | 0.00 | FA |
| 3  POSSIBLE CAUSE OF ACTION | Unknown | Unknown | | 26,092.00 | FA |
| 4  OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  CHECKING ACCOUNT | 15.57 | 0.00 | | 0.00 | FA |
| 6  PERFORMANCE BONDS | 11,000.00 | 0.00 | | 0.00 | FA |
| 7  IMPACT FEES | 26,692.00 | 0.00 | | 0.00 | FA |
| **7  Assets    Totals** (Excluding unknown values) | **$89,707.57** | **$0.00** | | **$26,092.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TFR TO US TEE FOR REVIEW 1/3/17  
OBJECTING TO CLAIM; TFR TO FOLLOW  
FINAL TAX RETURNS BEING PREPARED; FINAL REPORT TO FOLLOW

INVESTIGATING LIEN CLAIMS VERSUS CITY AND SCHOOL DISTRICT; EXPECT SETTLEMENT WITH CITY; FUNDS RECEIVED FROM PLANFIELD COMMUNITY SCHOOL DIST 202; ATTEMPTING TO COLLECT FROM SHOREWOOD; DOCUMENTS NEEDED FROM DEBTOR TO COMPLETE TAX RETURNS;

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** January 23, 2017 (Actual)

Printed: 06/28/2017 07:31 PM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-14467-PSH  
**Case Name:** AMERICAN CLASSIC HOMES, INC.  
**Taxpayer ID #:** **-***4647  
**Period Ending:** 06/28/17  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | {3} | PLAINFIELD COMMUNITY CONSOLIDATED SCHOOL DIST 202 | SETTLEMENT DEMAND TURNOVER | 1141-000 | 26,092.00 | | 26,092.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.77 | 26,058.23 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.22 | 26,022.01 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.92 | 25,982.09 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.61 | 25,943.48 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.82 | 25,908.66 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.98 | 25,867.68 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.20 | 25,830.48 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.91 | 25,794.57 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.81 | 25,753.76 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.57 | 25,719.19 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.69 | 25,678.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.16 | 25,640.34 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-14467, BOND#016026455 | 2300-001 | | 21.50 | 25,618.84 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 25,584.43 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.57 | 25,548.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.20 | 25,509.66 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.69 | 25,472.97 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.41 | 25,437.56 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.25 | 25,397.31 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.31 | 25,362.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.90 | 25,323.10 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.63 | 25,285.47 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.73 | 25,252.74 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.16 | 25,211.58 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.26 | 25,175.32 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 24.00 | 25,151.32 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -24.00 | 25,175.32 |

Subtotals : $26,092.00  $916.68

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-14467-PSH  
**Case Name:** AMERICAN CLASSIC HOMES, INC.  
**Taxpayer ID #:** **-***4647  
**Period Ending:** 06/28/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 24.42 | 25,150.90 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -24.42 | 25,175.32 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-14467, BOND NUMBER 10BSBGR6291 | 2300-000 | | 24.00 | 25,151.32 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.79 | 25,117.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.55 | 25,078.98 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.07 | 25,042.91 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.81 | 25,008.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.36 | 24,969.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.11 | 24,932.63 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.66 | 24,897.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.20 | 24,859.77 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.75 | 24,824.02 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.51 | 24,789.51 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.22 | 24,750.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.32 | 24,715.97 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.26 | 24,681.71 |
| 03/07/16 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #11-14467, Bond No. 10BSBGR6291 | 2300-000 | | 15.13 | 24,666.58 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.94 | 24,627.64 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.14 | 24,593.50 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.27 | 24,558.23 |
| 03/08/17 | 106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,359.20, Trustee Compensation; Reference: | 2100-000 | | 3,359.20 | 21,199.03 |
| 03/08/17 | 107 | Alan D. Lasko | Dividend paid 100.00% on $4,104.10, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,104.10 | 17,094.93 |
| 03/08/17 | 108 | Alan D. Lasko | Dividend paid 100.00% on $112.19, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 112.19 | 16,982.74 |

Subtotals :    $0.00    $8,192.58

{} Asset reference(s)

Printed: 06/28/2017 07:31 PM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-14467-PSH  
**Case Name:** AMERICAN CLASSIC HOMES, INC.  
**Taxpayer ID #:** **-***4647  
**Period Ending:** 06/28/17

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/17 | 109 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $25.68, Trustee Expenses; Reference: | 2200-000 | | 25.68 | 16,957.06 |
| 03/08/17 | 110 | Illinois Department of Employment Security | Dividend paid 97.85% on $1,299.13; Claim# 1; Filed: $1,299.13; Reference: | 5800-000 | | 1,271.31 | 15,685.75 |
| 03/08/17 | 111 | Internal Revenue Service | Dividend paid 97.85% on $16,028.94; Claim# 2P; Filed: $16,028.94; Reference: | 5800-000 | | 15,685.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,092.00 | 26,092.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,092.00 | 26,092.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,092.00** | **$26,092.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 26,092.00 | 26,092.00 | 0.00 |
| | $26,092.00 | $26,092.00 | $0.00 |

{} Asset reference(s) 

Printed: 06/28/2017 07:31 PM V.13.30